Matter of Borrelli v Thomas (2023 NY Slip Op 02426)

Matter of Borrelli v Thomas

2023 NY Slip Op 02426

Decided on May 5, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 5, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: PERADOTTO, J.P., CURRAN, BANNISTER, AND MONTOUR, JJ.

250 CA 22-00550

[*1]IN THE MATTER OF GLORIA BORRELLI, AS EXECUTOR OF THE ESTATE OF DANIEL J. THOMAS, DECEASED, AND DERIVATIVELY AS A SHAREHOLDER OF NEW YORK STATE FENCE CO., INC., PLAINTIFF-APPELLANT,
v
TOM THOMAS, INDIVIDUALLY AND AS DIRECTOR AND OFFICER OF NEW YORK STATE FENCE CO., INC., AND NEW YORK STATE FENCE CO., INC., DEFENDANTS-RESPONDENTS. (APPEAL NO. 2.) 

PHILLIPS LYTLE LLP, ROCHESTER (TARA M. WARD OF COUNSEL), FOR PLAINTIFF-APPELLANT.
ADAMS LECLAIR LLP, ROCHESTER (ANTHONY J. ADAMS, JR., OF COUNSEL), FOR DEFENDANTS-RESPONDENTS.

 Appeal from a judgment of the Supreme Court, Monroe County (J. Scott Odorisi, J.), entered March 28, 2022. The judgment dismissed the amended complaint. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs.
Same memorandum as in Matter of Borrelli v Thomas ([appeal No. 1] — AD3d — [May 5, 2023] [4th Dept 2023]).
Entered: May 5, 2023
Ann Dillon Flynn
Clerk of the Court